November 19, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

NAYNA PATEL, Appellant

NO. 14-13-00696-CV                     V.

AUM SAI GANESH CORPORATION, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 29, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Nayna Patel.

We further order this decision certified below for observance.